UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:12-CR-161-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ESSIE CHARLEITTA HERRING | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the revocation hearing in the above case, presently scheduled for October 9, 2013, in Greenville. The case is hereby CONTINUED until a need for such a hearing is established.

The condition of Third Party Custodian is removed from the original conditions of release which were imposed on September 9, 2013.

This 1st day of October 2013.

_____
Malcom J. Howard
Senior U.S. District Judge